IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 52315 |
| DANIEL ROSENBERG | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   AT: COURTROOM 4016
       DUPAGE COUNTY COURTHOUSE
       505 NORTH COUNTY FARM ROAD
       WHEATON, IL 60187

   ON: **January 16, 2009**          AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   | | |
   |---|---|
   | RECEIPTS | $121,340.68 |
   | DISBURSEMENTS | $264.24 |
   | NET CASH AVAILABLE FOR DISTRIBUTION | $121,076.44 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $9,317.03 | $246.40 |
| The Helms Law Firm, P.C. Attorney for Trustee | $0.00 | $2,415.00 | $0.00 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. Harold Keller filed a wage claim for $6,000 and will receive 100% of his claim. Harold Keller's secured claims in the amount of $510,000 will receive no distribution.

7. Illinois Department of Revenue filed a claim in the amount of $85,889 and will receive 100% of its claim.

8. General unsecured creditors filed claims totaling $185,000 and will receive a distribution of 9.3% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Evergreen Oak Electric | $35,000 | $3,255.76 |
| Harold Keller | $150,000 | $13,953.25 |

8. No late claims were filed in this case.   Illinois Department of Revenue filed for penalties in the amount of $14,002 but will receive no distribution on this claim.

9. All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

11. The Trustee proposes to abandon the following property:  Harris Bank account of $500, wearing apparel, IRA in amount of $183,000, Interest in Kelrose, Inc. and 2000 Pontiac Grand Prix.

                                                For the Court:

Dated: **December 19, 2008**        **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner, Clerk
                                                  United States Bankruptcy Court

Trustee:  Brenda Porter Helms
            3400 W. Lawrence Avenue
            Chicago IL 60625
            (773) 463-6427
            (773) 267-9405 (fax)