IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 52315 |
| DANIEL ROSENBERG | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: COURTROOM 4016
    DUPAGE COUNTY COURTHOUSE
    505 NORTH COUNTY FARM ROAD
    WHEATON, IL 60187

    ON: **January 16, 2009**          AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                              $121,340.68

    DISBURSEMENTS                                         $264.24

    NET CASH AVAILABLE FOR DISTRIBUTION   $121,076.44

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $9,317.03 | $246.40 |
| The Helms Law Firm, P.C. Attorney for Trustee | $0.00 | $2,415.00 | $0.00 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. Harold Keller filed a wage claim for $6,000 and will receive 100% of his claim. Harold Keller's secured claims in the amount of $510,000 will receive no distribution.

7. Illinois Department of Revenue filed a claim in the amount of $85,889 and will receive 100% of its claim.

8. General unsecured creditors filed claims totaling $185,000 and will receive a distribution of 9.3% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Evergreen Oak Electric | $35,000 | $3,255.76 |
| Harold Keller | $150,000 | $13,953.25 |

8. No late claims were filed in this case.   Illinois Department of Revenue filed for penalties in the amount of $14,002 but will receive no distribution on this claim.

9. All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

11. The Trustee proposes to abandon the following property:  Harris Bank account of $500, wearing apparel, IRA in amount of $183,000, Interest in Kelrose, Inc. and 2000 Pontiac Grand Prix.

For the Court:

Dated: **December 19, 2008**    **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

```
Case 05-52315    Doc 45    Filed 12/19/08    Entered 12/21/08 23:56:12    Desc Imaged
                            Certificate of Service    Page 4 of 4
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1            Date Rcvd: Dec 19, 2008
Case: 05-52315                 Form ID: pdf002              Total Served: 11

The following entities were served by first class mail on Dec 21, 2008.
db           +Daniel T Rosenberg,    350 Galway Ct,    Bloomingdale, IL 60108-8808
aty          +Brenda Porter Helms,    The Helms Law Firm, P.C.,     3400 W Lawrence Avenue,
               Chicago, IL 60625-5104
aty          +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
11567526     +Evergreen Oak Electric Supply & Sales Company,     c/o Ira Bodenstein,    Shaw Gussis, et al.,
               321 N. Clark St., Ste. 800,    Chicago, IL 60654-4766
10175235     +Harold Keller,    c/o L Todd Budgen Pantas,    Law Firm PA,    250 North Orange Ave 11th fl,
               Orlando FL 32801-1819
10175236     +IBEW Local 701,    2900 Ogden Ave.,    Lisle, IL 60532-1676
10175237    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
               100 W. Randolph Street,    Chicago, IL 60602)
10175238    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10175239     +National Electric Benefit Fund,    31W007 North Avenue,    West Chicago, IL 60185-1088
10175240     +Suburban Bank,    150 Butterfield Rd.,    Elmhurst, IL 60126-5198

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
10175241*    +Suburban Bank,    150 Butterfield Rd.,    Elmhurst, IL 60126-5198
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**              **Signature:** *Joseph Speetjens*