UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
ROSENBERG, DANIEL T                   §    Case No. 05-52315 SQU
                                      §
                                      §
_____Debtor(s)_____§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 185,700.00 | Assets Exempt: 1,300.00 |
| Total Distributions to Claimants: 109,115.87 | Claims Discharged Without Payment: 2,181,775.13 |
| Total Expenses of Administration: 12,242.67 | |

3) Total gross receipts of $ 121,358.54  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 121,358.54  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 613,000.00 | $ 510,000.00 | $ 510,000.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 12,242.67 | 12,242.67 | 12,242.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 90,000.00 | 91,889.00 | 97,889.00 | 91,889.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 2,000,000.00 | 199,002.00 | 199,002.00 | 17,226.87 |
| TOTAL DISBURSEMENTS | $ 2,703,000.00 | $ 813,133.67 | $ 819,133.67 | $ 121,358.54 |

4) This case was originally filed under chapter 7 on 10/13/2005. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2009         By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY IN FLA AND IL | 1210-000 | 120,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1,358.54 |
| TOTAL GROSS RECEIPTS | | $ 121,358.54 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KELLER, HAROLD | 4210-000 | NA | 500,000.00 | 500,000.00 | 0.00 |
| KELLER, HAROLD | 4210-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 4300-000 | 613,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $ 613,000.00 | $ 510,000.00 | $ 510,000.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 9,317.03 | 9,317.03 | 9,317.03 |
| HELMS, BRENDA PORTER | 2200-000 | NA | 246.40 | 246.40 | 246.40 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 134.97 | 134.97 | 134.97 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 129.27 | 129.27 | 129.27 |
| THE HELMS LAW FIRM, P.C. | 3110-000 | NA | 2,415.00 | 2,415.00 | 2,415.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,242.67 | $ 12,242.67 | $ 12,242.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (9/1/2009) *(Page: 4)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| KELLER, HAROLD | 5300-000 | NA | 6,000.00 | 6,000.00 | 0.00 |
| KELLER, HAROLD | 5300-000 | NA | 0.00 | 6,000.00 | 6,000.00 |
| ILLINOIS DEPT OF REVENUE | 5800-000 | 90,000.00 | 85,889.00 | 85,889.00 | 85,889.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 90,000.00 | $ 91,889.00 | $ 97,889.00 | $ 91,889.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IBEW Local 701 | | 0.00 | NA | NA | 0.00 |
| National Electric Benefit Fund | | 0.00 | NA | NA | 0.00 |
| Suburban Bank | | 1,000,000.00 | NA | NA | 0.00 |
| Suburban Bank | | 1,000,000.00 | NA | NA | 0.00 |
| ELECTRIC, EVERGREEN OAK | 7100-000 | NA | 35,000.00 | 35,000.00 | 3,259.14 |
| KELLER, HAROLD | 7100-000 | 0.00 | 150,000.00 | 150,000.00 | 13,967.73 |
| ILLINOIS DEPARTMENT OF REVENEU | 7300-000 | NA | 14,002.00 | 14,002.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 2,000,000.00 | $ 199,002.00 | $ 199,002.00 | $ 17,226.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 05-52315 SQU Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ROSENBERG, DANIEL T | Date Filed (f) or Converted (c): | 10/13/05 (f) |
|  |  | 341(a) Meeting Date: | 01/03/06 |
| For Period Ending: | 12/31/09 | Claims Bar Date: | 09/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. REAL PROPERTY IN FLA AND IL (u) | Unknown | 0.00 |  | 120,000.00 | FA |
| 2. BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| included in funds received for #1, above |  |  |  |  |  |
| Debtor Claimed Exemption |  |  |  |  |  |
| 4. WEARING APPAREL AND JEWELRY | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 5. PENSION PLANS AND PROFIT SHARING | 183,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 6. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 7. 2000 Pontiac Grand Prix | 900.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 1,358.54 | Unknown |
| TOTALS (Excluding Unknown Values) | $185,700.00 | $0.00 |  | $121,358.54 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07     Current Projected Date of Final Report (TFR): 04/01/08

/s/   BRENDA PORTER HELMS, TRUSTEE
_____  Date: 11/17/09
BRENDA PORTER HELMS, TRUSTEE

Exhibit 8

PFORM1                                                                                                                                                                              Ver: 15.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52315 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ROSENBERG, DANIEL T | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5622 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4005 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | | | 120,000.00 | | 120,000.00 |
| 12/13/06 | 1 | Susan Rosenberg | settlement w/debtor | 1210-000 | | | |
| 12/29/06 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 45.82 | | 120,045.82 |
| 01/31/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 101.96 | | 120,147.78 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 129.27 | 120,018.51 |
| 02/28/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 92.17 | | 120,110.68 |
| 03/30/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 102.03 | | 120,212.71 |
| 04/30/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 98.81 | | 120,311.52 |
| 05/31/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 102.18 | | 120,413.70 |
| 06/29/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 98.96 | | 120,512.66 |
| 07/31/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 102.36 | | 120,615.02 |
| 08/31/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 102.44 | | 120,717.46 |
| 09/28/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 76.89 | | 120,794.35 |
| 10/31/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 76.95 | | 120,871.30 |
| 11/30/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 64.58 | | 120,935.88 |
| 12/31/07 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 57.82 | | 120,993.70 |
| 01/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 47.94 | | 121,041.64 |
| 02/14/08 | 000102 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 134.97 | 120,906.67 |
| 02/29/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 28.76 | | 120,935.43 |
| 03/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 28.58 | | 120,964.01 |
| 04/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 24.79 | | 120,988.80 |
| 05/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.37 | | 121,004.17 |
| 06/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 14.88 | | 121,019.05 |
| 07/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.38 | | 121,034.43 |
| 08/29/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.38 | | 121,049.81 |
| 09/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 14.89 | | 121,064.70 |
| 10/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 11.74 | | 121,076.44 |
| 11/28/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.92 | | 121,086.36 |
| 12/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 6.55 | | 121,092.91 |
| 01/22/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.39 | | 121,094.30 |
| 01/22/09 | | Transfer to Acct #*******7789 | Final Posting Transfer | 9999-000 | | 121,094.30 | 0.00 |

Exhibit 9

PFORM24  Ver: 15.02

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52315 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ROSENBERG, DANIEL T | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7789 Checking - Non Interest |
| Taxpayer ID No: | *******4005 | | | |
| For Period Ending: | 12/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/09 | | Transfer from Acct #*******5622 | Transfer In From MMA Account | 9999-000 | 121,094.30 | | 121,094.30 |
| 01/22/09 | 001001 | Brenda Porter Helms | TO | 2100-000 | | 9,317.03 | 111,777.27 |
| 01/22/09 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 246.40 | 111,530.87 |
| 01/22/09 | 001003 | The Helms Law Firm P.C. | ATTORNEY FEES | 3110-000 | | 2,415.00 | 109,115.87 |
| 01/22/09 | 001004 | Harold Keller | | 5300-000 | | 6,000.00 | 103,115.87 |
| 01/22/09 | 001005 | Illinois Dept of Revenue Bankruptcy Unit 100 W. Randolph St. 7-400 Chicago IL 60601 | | 5800-000 | | 85,889.00 | 17,226.87 |
| 01/22/09 | 001006 | Evergreen Oak Electric c/o Ira Bodenstein Shaw Gussis et al 321 N. Clark St. #800 Chicago IL | | 7100-000 | | 3,259.14 | 13,967.73 |
| 01/22/09 | 001007 | Harold Keller | | 7100-000 | | 13,967.73 | 0.00 |

Total Of All Accounts   0.00

PFORM24

Ver: 15.02